United States District Court

Eastern District of California

Victor Wyatt,

       Plaintiff,                  Civ. No. S 05-2025 LKK PAN P

  vs.                              Order

City of Chico Police Dept.
et al.,

       Defendants.

-oOo-

    Plaintiff, a prisoner without counsel, seeks to commence a civil rights action.

    To commence a civil action a plaintiff must pay the $250.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

1    Within 30 days from the day this order is signed plaintiff
2 may submit either the filing fee or the application required by
3 § 1915(a).  The clerk of the court is directed to mail to
4 plaintiff a form application for leave to proceed in forma
5 pauperis.  Failure to comply with this order will result in this
6 file being closed.
7    So ordered.
8    Dated:  October 18, 2005.

          /s/ Peter A. Nowinski
          PETER A. NOWINSKI
          Magistrate Judge