IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR WYATT,

        Plaintiff,                      No. CIV S-05-2025 LKK EFB P

    vs.

CITY OF CHICO POLICE, et al.,

        Defendants.               <u>ORDER</u>

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 23, 2008, defendant Palmer filed a request for an extension of time to file and serve an answer to plaintiff's complaint, together with his answer. *See* Fed. R. Civ. P. 6(b).

        Accordingly, defendant Palmer's April 23, 2008, request is granted and defendant Palmer's answer is deemed timely filed.

        So ordered.

Dated: April 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE