IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR WYATT,

        Plaintiff,                     No. CIV S-05-2025 LKK EFB P

        vs.

CITY OF CHICO POLICE DEPT.,
et al.,

        Defendants.              <u>ORDER</u>

                              /

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On February 1, 2008, the court directed plaintiff to submit one completed USM-285 form for the U. S. Marshal to serve defendant Gama. Plaintiff submitted an incomplete USM-285 form which failed to include the defendant's zip code. He has failed to comply with the order.

        It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the February 1, 2008 order, or to submit a completed USM-

/////

/////

/////

1

1  285 form.  Failure to comply with this order will result in a recommendation that defendant
2  Gama be dismissed.  The Clerk of the Court is directed to send to plaintiff one blank USM-285
3  form.
4  DATED: May 28, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE