IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR WYATT,

      Plaintiff,

vs.

CITY OF CHICO POLICE DEPT., et al.,

      Defendants.

No. CIV S-05-2025 LKK EFB P

ORDER

      Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

      The United States Marshal has returned process directed to defendant Winnings unserved marked "not employed, no information and unable to locate." Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If

/////

1

1 plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may
2 seek judicial intervention.

3    Accordingly, it is ORDERED that:

4    1. The Clerk of the Court shall mail plaintiff 1form USM-285 and a copy of the pleading
5 filed October 6, 2005.

6    2. Within 60 days from the date this order is served, plaintiff may submit the attached
7 Notice of Submission of Documents with a completed form USM-285 providing instructions for
8 service of process upon defendant Winnings and 2 copies of the pleading provided to plaintiff.

9    3. Failure to provide new instructions for service of process upon defendant Winnings
10 within the time allowed or show good cause for such failure will result in a recommendation that
11 this action be dismissed as to that defendant.

12 DATED: June 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR WYATT,

        Plaintiff,                    No. CIV S-05-2025 LKK EFB P

    vs.

CITY OF CHICO POLICE DEPT., et al.,

                                     NOTICE OF SUBMISSION
        Defendants.           OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        <u>One</u>        completed summons

        <u>One</u>        completed USM-285 forms

        <u>Two</u>        copies of the <u>October 6, 2005</u>
                                    Complaint

DATED:

                                          _____
                                          Plaintiff