IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR WYATT,

      Plaintiff,                    No. CIV S-05-2025 LKK EFB P

      vs.

CITY OF CHICO POLICE DEPT.      ORDER
et al.,

      Defendants.
_____/

      On October 10, 2008, defendant Palmer filed a request for extension of time to complete the Court order regarding consent or request for reassignment. For good cause shown, Defendant is granted an extension of time, to November 21, 2008, to complete the order regarding consent to a magistrate judge. On October 10, 2008, defendant Palmer also filed a motion for extension of time to file his motion for summary judgment. For good cause shown, defendant Palmer is granted an extension of time, to December 10, 2008, in which to file his motion for summary judgment.

Dated: October 15, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE