IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR WYATT,

      Plaintiff,                            No. CIV S-05-2025 LKK EFB P

     vs.

CITY OF CHICO POLICE DEPT.,
et al.,

      Defendants.                 ORDER

                                  /

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations under 42 U.S.C. § 1983. On August 7, 2008, plaintiff filed a request for entry of default against defendant Gama. *See* Fed. R. Civ. P. 55(a). The request was premature. The U.S. Marshal returned an executed waiver of service of summons for defendant Gama. Defendant Gama was served with the request for waiver of service of summons on June 26, 2008. Pursuant to Fed. R. Civ. P. 4(d)(3), defendant Gama had 60 days from the date of mailing of the summons and requested waiver to file a responsive pleading. Defendant Gama timely filed her answer on August 26, 2008 and there is no basis for entry of a default.

////

////

1

1    Accordingly, plaintiff's August 7, 2008, request for entry of default is denied.

2    So Ordered.

3  Dated:  October 29, 2008.

4  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE