IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR WYATT,

        Plaintiff,                     No. CIV S-05-2025 EFB P

        vs.

CITY OF CHICO POLICE DEPT., et al.,

        Defendants.         <u>ORDER</u>

_____/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. This case is before the undersigned pursuant to the consent of the parties. *See* 28 U.S.C. § 636. For the reasons stated below, defendant Winnings is dismissed from this action.

       On June 4, 2008, this court ordered plaintiff to, within sixty days, provide new information about where defendant Winnings may be served with process. The court warned plaintiff that failure to comply with the court's order would result in a recommendation that this action be dismissed as to defendant Winnings. The sixty days have passed and plaintiff has not complied with the court's order.

////

////

1

1 | Accordingly, defendant Winnings is DISMISSED from this action.

2 | Dated: November 13, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE