IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR WYATT,

      Plaintiff,                      No. CIV S-05-2025 EFB P

    vs.

CITY OF CHICO POLICE DEPT.,
et al.,
      Defendants.               <u>ORDER</u>

        Good cause appearing, it is hereby ORDERED that the Final Pretrial Conference currently set for February 23, 2011, is CONTINUED to March 16, 2011 at 11:00 a.m., in Courtroom No. 24. A joint pretrial statement shall be filed no later than 14 days prior to the Final Pretrial Conference.

Dated: January 24, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE