# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

VICTOR WYATT,

        Plaintiff,                    No. CIV S-05-2025 EFB P

vs.

JOSE LARA,

        Defendant.                **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

Victor Wyatt, inmate # F-57009, a necessary and material witness in proceedings in this case on August 2, 2011, is confined to Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, CA, 95531-7000, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom No. 24, United States Courthouse, 501 I Street, Sacramento, California on August 2, 2011 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in person before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. The Clerk of the Court is directed to serve this order and writ on plaintiff at his place of confinement – Victor Wyatt, F57009, Pelican Bay State Prison, P.O. Box 7500, Crescent City, CA 95532; and

4. The Clerk of the Court is further directed to serve a courtesy copy of this order and writ on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, CA, 95531-7000:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  June 30, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE