IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR WYATT

   Plaintiff(s)

vs.

JOSE LARA

   Defendants.

No. 2:05-CV-02025 EFB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, ELLEN C. DOVE, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 19, 2011, by the Honorable Edmund F. Brennan, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

I have represented Mr. Wyatt during the trial of this matter. I request reimbursement for the following expenses I have incurred:

| | |
|---|---|
| Postage | $15.48 |
| Copying costs | $28.50 |
| Collect phone calls | $ 5.95 |
| Trial exhibits | $ |
| Travel to court/Travel to meet with client at Butte County Jail 320 miles @ $.50 per mile | $160 |
| Parking fees | $40.00 |
| Meals during trial | |
| | 249.93 |

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 300.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:05-CV-02025 EFB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of September, 2011, at Sacramento, California.

*Ellen C. Dove*

Attorney for Plaintiff(s)

The above expenditure is $249.73 ✓ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 1-24-2012

_____
United States District Judge/Magistrate Judge